**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CARL SIMPKINS,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  17-23119 RG

**NOTICE OF RESERVE ON CLAIM**

Creditor: US BANK NATIONAL ASSOCIATION
Trustee Claim #: 11
Court Claim #: 6
Claimed Amount: $24,943.99
Date Claim Filed: 11/08/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Creditor is returning funds without explanation.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  August 20, 2020

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

CARL SIMPKINS
47 DEMAREST ST
NEWARK, NJ   07112

DAVID JEROME WITHERSPOON
10 HILL STREET
SUITE 20Y
NEWARK, NJ   07102

U.S. BANK NATIONAL ASSOCIATION
NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS, TX   75261-9741

FRIEDMAN VARTOLO, LLP
85 BROAD STREET
SUITE 501
NEW YORK, NY   10004

US BANK NATIONAL ASSOCIATION
NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX   75261-9741